In the Matter of SIDNEY M. WITTNER, Appellant; ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

Reported below, 264 App. Div. 576.
Submitted October 5, 1942; decided October 15, 1942.

*Einar Chrystie* for motion.

*Sidney M. Wittner,* in person, and *Lloyd Paul Stryker* opposed.

Motion denied.